**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., | § § § § | Case No. 2:25-cv-00516-JRG (LEAD CASE) |
| Plaintiffs, | § § | **JURY TRIAL DEMANDED** |
| v. | § § § | |
| FEDEX CORPORATION and FEDEX OFFICE AND PRINT SERVICES, INC., | § § § § § | |
| Defendants. | § § § | |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

WHEREAS, Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Plaintiffs") have resolved Plaintiffs' claims for relief against Defendants FedEx Corporation and FedEx Office and Print Services, Inc. (collectively, "Defendants") in this case.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendants with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  March 3, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**

411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Trulove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFFS
VALTRUS INNOVATIONS LTD. and
KEY PATENT INNOVATIONS LTD.***

*/s/ David M. Hoffman (with permission)*
David M. Hoffman
Texas Bar No. 24046084
Email: hoffman@fr.com
**FISH & RICHARDSON P.C.**
111 Congress Avenue, Suite 2000
Austin, TX 78701
Tel: (512) 472-5070
Fax: (512) 320-8935

Warren K. Mabey, Jr. (pro hac vice)
Email: mabey@fr.com
Kevin P. Seltzer (pro hac vice)
Email: seltzer@fr.com
**FISH & RICHARDSON P.C.**
222 Delaware Avenue, Suite 1700
Wilmington, DE 19801
Tel: (302) 652-5070
Fax: (302) 652-0607

Elliot Scher (pro hac vice)
Email: scher@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

2

Fax: (858) 678-5099

***ATTORNEYS FOR DEFENDANTS***
***FEDEX CORPORATION*** *and*
***FEDEX OFFICE AND PRINT SERVICES, INC.***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and the relief sought in this joint motion is unopposed.

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III