# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD. *and* KEY PATENT INNOVATIONS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>FEDEX CORPORATION *and* FEDEX OFFICE AND PRINT SERVICES, INC.,<br><br>*Defendants*. | § § § § § § § § § § § | CASE NO. 2:25-CV-00516-JRG<br>(LEAD CASE) |

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD. *and* KEY PATENT INNOVATIONS LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NETAPP, INC.,<br><br>*Defendant*. | § § § § § § § § § | CASE NO. 2:25-CV-00517-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice (the "Motion") filed by Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd. ("Plaintiffs") and Defendants FedEx Corporation and FedEx Office and Print Services, Inc. ("Defendants") (collectively, the "Parties"). (Dkt. No. 78). In the Motion, the Parties move to dismiss Plaintiff's claims for relief in Lead Case No. 2:24-cv-00554-JRG (the "Lead Case") with prejudice. (*Id*. at 1).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that all claims asserted in the Lead Case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and

attorneys' fees.  All pending requests for relief between the Parties not explicitly granted herein are **DENIED AS MOOT**.

Notwithstanding the above, the Clerk of Court is directed to maintain as **OPEN** the Lead Case, for case management purposes.

**So ORDERED and SIGNED this 11th day of March, 2026.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

2