**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION and FEDEX OFFICE AND PRINT SERVICES, INC.;<br><br>Defendants. | ) | Case No. 2:25-cv-00516-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NETAPP, INC.<br><br>Defendant. | ) | Case No. 2:25-cv-00517-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

In accordance with Patent Local Rule 4-3, Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Valtrus" or "Plaintiffs") and Defendant NetApp, Inc. ("NetApp" or "Defendant"), jointly submit this Joint Claim Construction and Prehearing Statement setting forth the parties' proposed constructions for the herein identified terms, phrases, or clauses of United States Patent Nos. 7,120,832 ("the '832 Patent"), 7,640,332 ("the '332 Patent"), 7,856,488 ("the '488 Patent"), 7,904,686 ("the '686 Patent"), and 8,370,416 ("the '416 Patent"), (collectively, the "Asserted Patents").

## I. AGREED CONTRUCTIONS (P.R. 4-3(a)(1))

The parties have not agreed on the construction of any terms.

## II. DISPUTED CLAIM TERMS, PHRASES, OR CLAUSES (P.R. 4-3(a)(2))

Valtrus's proposed constructions of each disputed claim term, phrase, or clause of the Asserted Patents and identification of evidence that supports its constructions is attached as **Exhibit 1** and Defendant's proposed constructions of each disputed claim term, phrase, or clause of the Asserted Patents and identification of evidence that supports its constructions is attached as **Exhibit 2**. Each party reserves the right to cite intrinsic and/or extrinsic evidence cited by the other parties.

## III. CLAIM CONSTRUCTION BRIEFING AND HEARING (P.R. 4-3(a)(3), P.R.4-3(a)(4)

### A. Length of Time for Hearing

The parties anticipate that the claim construction hearing will run about three hours in length.

### B. Witnesses

The parties do not anticipate calling any witnesses at the Markman hearing in support of the parties' respective claim construction arguments.

Dated: July 13, 2026

Respectfully submitted,

/s/ Vinent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Email: kurt@truelovelawfirm.com
TX State Bar No. 24013653
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

***ATTORNEYS FOR PLAINTIFFS VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.***

/s/ Paul Torchia (with permission)
Paul Torchia
Email: ptorchia@gibsondunn.com
NY Bar No. 3988508
Benjamin Hershkowitz
Email: bhershkowitz@gibsondunn.com
NY Bar No. 2600559
Allen Kathir
NY Bar No. 5339445
Email: akathir@gibsondunn.com
Allyson Park
NY Bar No. 5432455
Email:aparks@gibsondunn.com
Danielle Zapata Mills

NY Bar No. 5926373
Email:dzapata@gibsondunn.com
**GIBSON DUNN**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (212) 351-3953

Julia Tabat
Email: Jtabat@gibsondunn.com
Texas State Bar No. 24139414
**GIBSON DUNN**
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3465

Melissa Richards Smith
Email: melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Tel. (903) 934-8450
Fax (903) 934-9257

***ATTORNEYS FOR DEFENDANT NET APP, INC.***