# EXHIBIT 1

**Exhibit 1** – Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd.
Proposed Construction of Disputed Terms

| <u>No.</u> | Claim Term(s), Phrase(s), or Clause(s) | Valtrus's Preliminary Construction | Patent/Claim | Valtrus's Evidence[1] |
|---|---|---|---|---|
| 1. | "automatically reallocating at least some data on said storage device to enhance continued operation of the storage device" / "reallocating at least some of said data on said storage device to enhance the performance of said storage device" | Plain and ordinary meaning | '832 Patent Claims 1 and 25 | **<u>Intrinsic Evidence:</u>**<br><br>Abstract; 1:28-2:21; 2:40-3:10; 3:13-34; 4:49-7:45; 8:8-10:67; Claims 1, 5-6, 9-10, 12, 19-20, 22, 25-26; Figs. 1-8.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 2. | "intercepting communications between a computer system and said storage device" | Plain and ordinary meaning | '832 Patent Claims 1 and 25 | **<u>Intrinsic Evidence:</u>**<br><br>Abstract; 2:25-64; 3:13-34; 3:39-4:16; 4:49-7:45; 7:57-8:48; 9:3-62; 10:4-11:25; Claims 1, 4-6, 12-13, 22-23, 25-26; Figs. 1-8.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| | | | | |
| 3. | "hot deploying / redeploying the new version of the application release bundle" | Plain and ordinary meaning | '332 Patent Claim 1 | **<u>Intrinsic Evidence:</u>**<br><br>Abstract; 1:28-61; 1:65-2:9; 2:25-55; 3:13-60; 4:3-5:18; 6:36-57; Claims 1-3, 9-11, 14-16; Figs. 1-3. |

[1] Plaintiffs reserve the right to rely on any evidence cited by Defendant.

**Exhibit 1** – Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd.
Proposed Construction of Disputed Terms

| No. | Claim Term(s), Phrase(s), or Clause(s) | Valtrus's Preliminary Construction | Patent/Claim | Valtrus's Evidence[1] |
|---|---|---|---|---|
| | | | | **Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 4. | "application" | Plain and ordinary meaning | '332 Patent Claim 1 | **Intrinsic Evidence:**<br><br>Abstract; 1:5-61; 2:25-5:19; 6:19-64; Claims 1-6, 8-12, 14-18; Figs. 1-3.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| | | | | |
| 5. | "uniquely identifies the second electronic device on the network" | Plain and ordinary meaning | '488 Patent Claim 1 | **Intrinsic Evidence:**<br><br>Abstract; 1:43-55; 2:28-54; 3:5-14; 4:24-33; 5:66-6:34; Claims 1-13; Figs. 1-3.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 6. | "first profile" | Plain and ordinary meaning | '488 Patent Claims 1, 10, and 13 | **Intrinsic Evidence:**<br><br>Abstract; 1:17-25; 1:55-2:5; 2:18-27; 3:5-5:37; 5:49-7:12; Claims 1, 3-6, 8-10, 13, 16; Figs. 1-4. |

**Exhibit 1** – Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd.
Proposed Construction of Disputed Terms

| No. | Claim Term(s), Phrase(s), or Clause(s) | Valtrus's Preliminary Construction | Patent/Claim | Valtrus's Evidence[1] |
|---|---|---|---|---|
| | | | | **Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 7. | "said first profile" | Plain and ordinary meaning | '488 Patent Claims 10 and 13 | **Intrinsic Evidence:**<br><br>Abstract; 1:17-25; 1:55-2:5; 2:18-27; 3:5-5:37; 5:49-7:12; Claims 1, 3-6, 8-10, 13, 16; Figs. 1-4.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| | | | | |
| 8. | "applying a mapping function to data block numbers" | Plain and ordinary meaning | '686 Patent Claim 1 | **Intrinsic Evidence:**<br><br>Abstract; 1:25-36; 2:15-3:8; 3:13-5:51; Claims 1-18; Figs. 1-3.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 9. | "an index node associated with said file" | Plain and ordinary meaning | '686 Patent Claim 1 | **Intrinsic Evidence:**<br><br>1:25-36; 2:15-2:42; 2:53-3:8; 3:13-5:42; Claims 1, 9, 17-18; Figs. 1-3.<br><br>**Extrinsic Evidence:** |

**Exhibit 1** – Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd.
Proposed Construction of Disputed Terms

| No. | Claim Term(s), Phrase(s), or Clause(s) | Valtrus's Preliminary Construction | Patent/Claim | Valtrus's Evidence[1] |
|---|---|---|---|---|
| | | | | Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 10. | "data block numbers" | Plain and ordinary meaning | '686 Patent Claim 1 | **Intrinsic Evidence:**<br><br>Abstract; 1:25-36; 2:15-3:8; 3:13-5:42; Claims 7-13, 15, 17-18; Figs. 1-3.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 11. | "complexity level of the mapping function" | Plain and ordinary meaning | '686 Patent Claim 6 | **Intrinsic Evidence:**<br><br>Abstract; 2:62-3:8; 3:13-5:3; 5:16-5:51; Claims 1-18; Figs. 1-3.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| | | | | |
| 12. | "bundle-type characteristic" | Plain and ordinary meaning | '416 Patent Claim 1 | **Intrinsic Evidence:**<br><br>Abstract; 1:33-45; 5:40-6:3; 6:14-44; 6:57-7:8; 7:19-7:32; 7:62-8:8; 9:8-9:33; Claims 1, 3-4, 9, 14; Figs. 3-6.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in |

**Exhibit 1** – Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd.
Proposed Construction of Disputed Terms

| No. | Claim Term(s), Phrase(s), or Clause(s) | Valtrus's Preliminary Construction | Patent/Claim | Valtrus's Evidence[1] |
|---|---|---|---|---|
| | | | | connection with this claim term. |
| 13. | "activating the computing cluster when the computing cluster includes a number of nodes that complies with the bundle-type parameter" | Plain and ordinary meaning | '416 Patent Claim 1 | **Intrinsic Evidence:**<br><br>Abstract; 1:10-30; 1:33-45; 4:39-5:3; 5:9-26; 5:40-7:55; 7:62-9:50; Claims 1-12, 14, 16-18; Figs. 2-6.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |
| 14. | "the license check" | Plain and ordinary meaning | '416 Patent Claim 7 | **Intrinsic Evidence:**<br><br>Abstract; 1:33-44; 5:40-6:3; 6:14-54; 6:57-7:61; 7:65-9:50; Claims 1-2, 4-7, 9, 11, 13-14, 16-17; Figs. 4-6.<br><br>**Extrinsic Evidence:**<br><br>Plaintiffs may rely on the expert testimony of Dr. Ricardo Valerdi in connection with this claim term. |