# EXHIBIT 2

**Exhibit 2** – Defendant NetApp Inc.
Proposed Construction of Disputed Terms

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| 1. | "automatically reallocating at least some data on said storage device to enhance continued operation of the storage device" (Claim 1)<br><br>"reallocating at least some of said data on said storage device to enhance the performance of said storage device" (Claim 25) | '832 Patent Claims 1 and 25 | "[automatically] moving at least some data on the storage device from one portion of said storage device to another portion of said storage device in order to enhance [continued operation /performance] of [the/said] storage device" (Claims 1 and 25) | **<u>Intrinsic Evidence:</u>**<br>'832 Patent at Abstract, 2:41-44, 2:44-47, 2:58-3:9, 3:27-29, 4:32-36, 5:1-7, 6:29-36, 8:30-37, 8:49-9:2, 9:42-46, 9:47-62, 10:6-15, 10:16-23, 10:41-49, 10:62-67, Figs. 1, 3, 5-8, Claims 1, 9-11, 19, 20, 22, 25<br><br>'832 Patent Certificate of Correction dated July 10, 2012<br><br>'832 Patent File History, including Nov. 16, 2004 Amendment and Response, Jan. 21, 2005 Final Office Action, Sept. 22, 2005 Response, Dec. 8, 2005 Final Office Action, Feb. 28, 2006 Appeal Brief, June 22, 2006 Examiner's Statement of Reasons for Allowance<br><br>'832 Patent Ex Parte Reexamination No. 90/015,602, including:<br>• Dec. 5, 2025 Patent Owner's Preliminary Response<br>• Feb. 12, 2026 Patent Owner's Supplemental Brief<br><br>**<u>Extrinsic Evidence:</u>**<br>• Silberschatz, Galvin & Gagne, *Operating System Concepts*<br>• IBM dictionary of computing (1994), available at https://archive.org/details/isbn _9780070314894/<br>• Webster's new world computer dictionary, 9e (2001), available at https://archive.org/details/web stersnewworld0000pfaf/<br>• Spencer's illustrated computer dictionary (1995), available at https://archive.org/details/spe |

[1] Defendant reserves the right to rely on any evidence cited by Plaintiffs.

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | | | | ncersillustra00spen/ |
| 2. | "intercepting communications between a computer system and said storage device" | '832 Patent Claims 1 and 25 | "intercepting communications does not include retrieving stored historical performance parameters or detecting performance of the storage device" | **Intrinsic Evidence:**<br>'832 Patent at Abstract, 2:29-41, 2:49-58, 3:44-51, 3:51-57, 4:4-17, 4:49-67, 5:19-32, 6:50-67, 9:5-12, Figs. 1-4, 7-8, Claims 1, 4, 7, 8, 25, 26<br><br>'832 Patent File History, including Inventor's Original Invention Disclosure, Sept. 22, 2005 Response, Feb. 28, 2006 Appeal Brief<br><br>'832 Patent Ex Parte Reexamination No. 90/015,602, including:<br>• Dec. 5, 2025 Patent Owner's Preliminary Response<br>• Feb. 12, 2026 Patent Owner's Supplemental Brief<br><br>**Extrinsic Evidence:**<br>• Silberschatz, Galvin & Gagne, *Operating System Concepts*<br>• IBM dictionary of computing (1994), available at https://archive.org/details/isbn _9780070314894/<br>• Webster's New World Dictionary (1983), available at https://archive.org/details/isbn _081361998x/<br>• Webster's New Explorer Large Print Dictionary (2000), available at https://archive.org/details/web stersnewexplo0000unse_d9x6 |
| 3. | "hot deploying / redeploying the new version of the application release bundle" | '332 Patent Claim 1 | "a process of deploying or redeploying a new version of the application with no suspension of the already running application server" | **Intrinsic Evidence:**<br>'332 Patent at Abstract, 1:34-61, 2:27-32, 2:56-66, 3:20-31, 4:3-15, 4:37-56, 4:57-5:19, 6:53-57, Fig. 1, Fig. 2, Claims 1, 2-3, 9-11, 14-16<br><br>'332 Patent Ex Parte Reexamination No. 90/015,497, including:<br>• Jan. 21, 2026 Notice of Intent to Issue Ex Parte Reexamination Certificate |

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | | | | • Jun. 18, 2025 Declaration of Gordon MacPherson at Ex. A<br><br>**Extrinsic Evidence:**<br>• A. Piper *et al.*, *Spring 1.2.x Integration with WebLogic Server*, BEA DEV2DEV (Sept. 2005), available at https://www.oracle.com/technical-resources/articles/enterprise architecture/spring-integration weblogic-server1.html<br>• C. Sadtler *et al.*, *WebSphere Application Server V6.1: System Management and Configuration* (Nov. 2006), available at https://www.redbooks.ibm.com/r edbooks/pdfs/sg247304.pdf<br>• *Google LLC v. Valtrus Innovations Ltd.*, No. 3:26-cv-00363 (N.D. Cal.): Dkt. 36 (Valtrus's Amended Answer and Counterclaims) ¶¶ 14-17 and Dkt. 36-2 (Conte Declaration) ¶¶ 12-16, 22, 26 |
| 4. | "application" | '332 Patent, Claim 1 | "an executable software program designed to assist in the performance of a specific task (e.g., a word processor) that is hosted within an application server" | **Intrinsic Evidence:**<br>'332 Patent at 1:27-61, 2:25-3:1, 3:17-19, 3:53-60, 4:54-56, 6:53-57, Fig. 2, Claims 1, 4, 8, 18<br><br>'332 Patent Ex Parte Reexamination No. 90/015,497, including:<br>• Jan. 21, 2026 Notice of Intent to Issue Ex Parte Reexamination Certificate<br>• Jun. 18, 2025 Declaration of Gordon MacPherson at Ex. A<br>• Aug. 28, 2025 Declaration of Jonathan Weissman ¶¶ 124-131<br><br>U.S. Patent Pub. No. 2006/0005181 A1 ("Fellenstein") at [0020], [0033], [0063], [0065], [0120]-[0121], Fig. 7<br><br>**Extrinsic Evidence:**<br>• *The J2EE 1.4 Tutorial* (Jun. 17, 2004), available at |

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | | | | https://docs.oracle.com/cd/E1780 2_01/j2ee/j2ee/1.4/docs/tutorial update2/doc/J2EETutorial.pdf<br>• *J2EE Containers from Sun Java System Application Server Platform Edition 8.1 2005Q1 Administration Guide* (2005), available at https://docs.oracle.com/cd/E1974 7-01/819-0076/containers.html<br>• *Microsoft Computer Dictionary, 5th ed.* (2002), available at https://archive.org/details/micros oft-computer-dictionary-5th edition/page/30/mode/2up<br>• *Webster's new world computer dictionary, 9e* (2001), available at https://archive.org/details/webster snewworld0000pfaf<br>• *Google LLC v. Valtrus Innovations Ltd.*, No. 3:26-cv-00363 (N.D. Cal.): Dkt. 36-2 (Conte Declaration) ¶¶ 14-15, 26 |
| 5. | "uniquely identifies the second electronic device on the network" | '488 Patent, Claim 1 | "is the only profile associated with the second electronic device and provides one or more identifiers that are associated only with the second device" | **Intrinsic Evidence:**<br>'488 Patent at Abstract, 1:56-2:5, *3:5-15, 3:40-43,* 5:1-15, 5:36-48, 5:49-65, *5:66-6:17, 6:29-36,* 7:1-12, Figs. 1-4, Claims 1, 3, 5, 6, 8, 10, 13, 14, 16<br><br>'488 Patent File History, including Dec. 18, 2009 Response, June 2, 2010 Appeal Brief<br><br>'488 Patent Ex Parte Reexamination No. 90/015,517, including May 20, 2026 Patent Owner Interview Request<br><br>**Extrinsic Evidence:** |
| 6. | "first profile" | '488 Patent, Claims 1, 10, and 13 | "a data structure including one or more low-level hardware identifiers that does not include virtual identifiers" | **Intrinsic Evidence:**<br>'488 Patent at Abstract, 1:17-23, 1:56-2:5, 2:19-28, 3:5-15, 3:15-24, 3:34-43, 3:42-67, 4:1-5, 4:6-33, 5:49-65, 5:66-6:8, 7:1-12, Figs. 1-4, Claims 1, 3, 6, 8, 9, 10, 13, 15, 16 |

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | | | | '488 Patent File History, including Dec. 18, 2009 Response<br><br>'488 Patent EPR (Control No. 90/015,517) at May 20, 2026 Patent Owner Interview Request, May 28, 2026 Farach-Colton Declaration, June 1, 2026 Patent Owner Response/Remarks<br><br>'488 Patent Ex Parte Reexamination No. 90/015,517<br><br>**Extrinsic Evidence:** |
| 7. | "said first profile" | '488 Patent, Claims 10 and 13 | Indefinite | **Intrinsic Evidence:**<br>'488 Patent at Abstract, 1:56-2:5, 3:5-15, Claims 1, 10, 11, 12, 13, 14-16<br><br>**Extrinsic Evidence:** |
| 8. | "applying a mapping function to data block numbers" | '686 Patent, Claim 1 | "applying a function that operates on the input data block numbers to compute different data block numbers" | **Intrinsic Evidence:**<br>'686 Patent at Abstract, 1:49-51, 2:62-65, 2:66-3:8, 3:13-21, 3:28-4:38, 4:39-48, 4:49-62, 4:63-5:3, 5:4-15, 5:16-51, Figs. 1-3, Claims 1-5, 7, 8-9, 12-13, 15-18<br><br>'686 Patent File History, including Original Application, June 24, 2010 Rejection, August 24, 2010 Amendment, Nov. 15, 2010 Notice of Allowance<br><br>'686 Patent Ex Parte Reexamination No. 90/015,539<br><br>**Extrinsic Evidence:**<br>• William Stallings, *Computer Organization and Architecture Designing for Performance*<br>• https://en.wikipedia.org/wiki/Loo kup_table<br>• https://www.snia.org/education/o nline-dictionary/term/tabular mapping |

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | | | | • *Google LLC v. Valtrus Innovations Ltd.*, No. 3:26-cv-00363 (N.D. Cal.): Dkt. 36 (Valtrus's Amended Answer and Counterclaims); Dkt. 36-2 (Conte Declaration) ¶¶ 81-82, 85, 90 |
| 9. | "an index node associated with said file" | '686 Patent, Claim 1 | "a unique data structure for a file that contains information about a file, in a file system, including the addresses of the file's data blocks" | **Intrinsic Evidence:**<br>'686 Patent at 1:25-32, 2:15-61, 3:13-27, 3:43-64, 4:25-5:3, 5:16-42, Figs. 1-3, Claims 1, 9, 17, 18<br><br>'686 Patent File History, including Original Application, June 24, 2010 Rejection, August 24, 2010 Amendment, Nov. 15, 2010 Notice of Allowance<br><br>'686 Patent Ex Parte Reexamination No. 90/015,539<br><br>**Extrinsic Evidence:**<br>• Tanenbaum & Bos, *Modern Operating Systems*<br>• Silberschatz, Galvin & Gagne, *Operating System Concepts*<br>• McKusick *et al.*, The Design and Implementation of the FreeBSD Operating System<br>• *Google LLC v. Valtrus Innovations Ltd.*, No. 3:26-cv-00363 (N.D. Cal.): Dkt. 36 (Valtrus's Amended Answer and Counterclaims) ¶ 30 n.11; Dkt. 36-2 (Conte Declaration) ¶¶ 78, 91, 93 |
| 10. | "data block numbers" | '686 Patent, Claim 1 | "numeric block identifiers that identify the block locations of a file's data on a storage device" | **Intrinsic Evidence:**<br>'686 Patent at Abstract, 2:15-28, 2:53-3:8, 3:13-5:3, 5:16-42, Figs. 1-3, Claims 1-5, 7, 9-13, 15, 17-18<br><br>'686 Patent File History, including Original Application, June 24, 2010 Rejection, August 24, 2010 Amendment, Nov. 15, 2010 Notice of Allowance<br><br>'686 Patent Ex Parte Reexamination No. 90/015,539 |

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | | | | **<u>Extrinsic Evidence:</u>**<br>• Silberschatz, Galvin & Gagne, *Operating System Concepts*<br>• *Google LLC v. Valtrus Innovations Ltd.*, No. 3:26-cv-00363 (N.D. Cal.): Dkt. 36 (Valtrus's Amended Answer and Counterclaims); Dkt. 36-2 (Conte Declaration) ¶ 82 |
| 11. | "complexity level of the mapping function" | '686 Patent, Claim 6 | Indefinite | **<u>Intrinsic Evidence:</u>**<br>'686 Patent at 3:50-4:24, 5:43-51, Claims 1, 5, 6, 9, 13-14<br><br>'686 Patent File History, including Original Application, June 24, 2010 Rejection, August 24, 2010 Amendment, Nov. 15, 2010 Notice of Allowance<br><br>'686 Patent Ex Parte Reexamination No. 90/015,539<br><br>**<u>Extrinsic Evidence:</u>** |
| 12. | "bundle-type characteristic" | '416 Patent Claim 1 | "a characteristic that defines the kind of cluster (e.g., array, tape, computing, or translating)"<br><br>Alternatively: Indefinite | **<u>Intrinsic Evidence:</u>**<br>'416 Patent at Abstract, 1:23-30, 1:33-46, 5:39-6:3, 6:14-36, 6:37-44, 7:1-7, 7:62-8:8, 9:7-14, 9:15-22, 9:23-33, Figs. 4-6, Claims 1, 3-5, 9, 14<br><br>'416 Patent File History, including Nov. 15, 2011 Amendment and Response, June 7, 2012 Appeal Brief, Nov. 13, 2012 Notice of Allowability<br><br>'416 Patent Ex Parte Reexamination No. 90/015,685<br><br>**<u>Extrinsic Evidence:</u>** |
| 13. | "activating the computing cluster when the computing cluster includes a number of nodes that complies with the | '416 Patent Claim 1 | "making the cluster operational only after the cluster includes (i) a number of nodes that complies with the size parameter and (ii) an additional characteristic that | **<u>Intrinsic Evidence:</u>**<br>'416 Patent at 1:33-46, 5:67-6:3, 6:55-67, 7:33-41, 7:42-51, 7:52-61, 7:62-8:8, 8:15-23, 9:7-14, Fig. 4, Fig. 5, Claims 1, 3, 8-9, 14<br><br>'416 Patent File History, including Nov. 15, 2011 |

| No. | Claim Term(s), Phrase(s), or Clause(s) | Patent/Claim | NetApp's Preliminary Construction | Defendant's Evidence[1] |
|---|---|---|---|---|
| | bundle-type parameter" | | complies with the bundle-type parameter" | Amendment and Response, June 7, 2012 Appeal Brief, Examiner's Amendment, Nov. 13, 2012 Notice of Allowability<br><br>'416 Patent Ex Parte Reexamination No. 90/015,685, including June 22, 2026 Notice of Intent to Issue a Reexam Certificate<br><br>**Extrinsic Evidence:** |
| 14. | "the license check" | '416 Patent Claim 7 | Indefinite | **Intrinsic Evidence:**<br>'416 Patent at 1:59-62, 8:24-31, 8:32-44, 8:45-9:6, Fig. 6, Claims 1, 6, 7, 14, 17-18<br><br>**Extrinsic Evidence:** |